[No. 32750-3-II. Division Two. December 28, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID TOBY MACKEY, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 03-1-00458-7, Kenneth D. Williams, J., entered January 7, 2005. *Reversed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Armstrong and Van Deren, JJ.

[Nos. 31597-1-II; 31599-8-II. Division Two. January 4, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MERT CEM CELEBISOY, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. FELIX JOSEPH D'ALLESANDRO, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, Nos. 03-1-01390-4 and 03-1-01389-1, Richard D. Hicks, J., entered March 31, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 31819-9-II. Division Two. January 4, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. KADEEM DAVON LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-8-00272-6, Stephanie A. Arend, J., entered May 21, 2004. *Reversed* by unpublished opinion per Morgan, J. Pro Tem., concurred in by Armstrong and Hunt, JJ.